IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAMSOTH SUON,

    Petitioner,                   No. CIV S-10-2491 MCE KJM P

    vs.

SUSAN L. HUBBARD,

    Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not filed a request to proceed in forma pauperis or paid the filing fee. In his application, petitioner challenges a conviction issued by the Stanislaus County Superior Court. Stanislaus County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

1   Good cause appearing, IT IS HEREBY ORDERED that:

2   1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4   2. All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

>   United States District Court
>   Eastern District of California
>   2500 Tulare Street
>   Fresno, CA 93721

DATED: October 5, 2010.

_____
U.S. MAGISTRATE JUDGE

4
suon2491.109